UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CANDIDO RODRIGUEZ           :
                            :
    v.                      :   C.A. No. 11-275S
                            :
EMI INDUSTRIES, LLC         :

**MEMORANDUM AND ORDER**

Pending before the Court for determination is the Motion of Plaintiff's Attorney to Withdraw as counsel for Plaintiff. (Document No. 7). Both the Motion and a letter notifying Plaintiff of today's hearing and his right to object to the Motion to Withdraw were sent to Plaintiff by Certified Mail. Plaintiff did not appear at today's hearing and has not presented any objection to the Motion. Plaintiff's Attorney indicated that his law office had "lost communication" with Plaintiff.

For the reasons stated in open court, Plaintiff's Attorney's Unopposed Motion to Withdraw is GRANTED. Within thirty (30) days, Plaintiff Candido Rodriguez shall either (1) file a <u>pro se</u> appearance to represent himself pursuant to Local Rule Gen. 205 or (2) engage new counsel to represent him who shall enter his or her appearance as counsel for Plaintiff. Failure to comply with this ORDER may result in dismissal of this case. The Clerk shall mail a copy of this ORDER to Plaintiff at 8 Hollis Street, Providence, Rhode Island 02907 – the current address of Plaintiff as provided by his withdrawing attorney.

SO ORDERED

  /s/   Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge

September 24, 2012